

CIRCUIT COURT FOR CECIL COUNTY, Main 410-996-1021
MARYLAND
129 East Main Street
Elkton, Maryland 21921

# EXHIBIT A

To: EAST COAST WAFFLES, INC.
CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET, SUITE 820
BALTIMORE, MD 21202

Case Number:     C-07-CV-21-000225
Other Reference Number(s):
Child Support Enforcement Number:

**HARRY BAILEY VS. EAST COAST WAFFLES, INC.**

Issue Date: 8/17/2021

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached **Complaint and civil non-domestic case information report** filed by:

HARRY J BAILEY
406 N Franklin Street
Wilmington, DE 19805

**COURTESY FORMS ATTACHED: BLANK CASE INFORMATION REPORT, ANSWER AND NOTICE OF RESTRICTED INFORMATION**

This summons is effective for service only if served within 60 days after the date it is issued.

*Charlene M. Notarcola*
Charlene M. Notarcola
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Harry Bailey vs. EAST COAST WAFFLES, INC.

Circuit Court for Cecil County
Case Number: C-07-CV-21-000225

## SHERIFF'S RETURN
(please print)

To: EAST COAST WAFFLES, INC.

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service          Location of service

_____ by _____ with the following:
                       Manner of service

☐ Summons                    ☐ Counter-Complaint
☐ Complaint                  ☐ Domestic Case Information Report
☐ Motions                    ☐ Financial Statement
☐ Petition and Show Cause Order   ☐ Interrogatories
☐ Other _____
            Please specify

(2) Was unable to serve because:
☐ Moved left no forwarding address   ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                              Please specify

Sheriff fee: $ _____   ☐ waived by _____

_____   _____
Date                 Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT FOR Cecil County, MD
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant*: You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER C-07-CV-21-000225
(Clerk to insert)
CASE NAME: Harry Bailey vs. EAST COAST WAFFLES, INC.
                Plaintiff                         Defendant
PARTY'S NAME: Harry Bailey                 PHONE: 302-6026403
PARTY'S ADDRESS: 406 N. Franklin Street, Wilmington DE 19805
PARTY'S E-MAIL: n/a

**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: Edward Andre Richitelli   PHONE: 410-398-3025
PARTY'S ATTORNEY'S ADDRESS: 143 E. Main Street, Elkton, MD 21921
PARTY'S ATTORNEY'S E-MAIL: edrichitelli@edrichitelli.com
**JURY DEMAND?** ☒Yes ☐No
**RELATED CASE PENDING?** ☐Yes ☒No If yes, Case #(s), if known:
**ANTICIPATED LENGTH OF TRIAL?:** ___ hours  2 days

### PLEADING TYPE

**New Case:** ☒Original  ☐Administrative Appeal  ☐Appeal
**Existing Case:** ☐Post-Judgment  ☐Amendment
*If filing in an existing case*, skip Case Category/Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☒ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 07/2021)                Page 1 of 3

E-FILED  Cecil Circuit Court  8/17/2021 10:39 AM  System System
E-FILED; Cecil Circuit Court
Docket: 8/17/2021 10:57 AM; Submission: 8/17/2021 10:39 AM

IN THE CIRCUIT COURT FOR CECIL COUNTY, MARYLAND

**Harry Bailey**
406 N. Franklin Street
Wilmington DE 19805

    Plaintiff

v.   Case No. C-07-CV-21-000225

**EAST COAST WAFFLES, INC.**

Resident Agent:
CSC-LAWYERS INCORPORATING SERVICE COMPAN
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 2120

    Defendant

## COMPLAINT

The Plaintiff, by Attorney Edward Andre Richitelli, respectfully represents the following:

1. That on or about August 22, 2018, the Plaintiff was an *invitee* to the Defendant's restaurant, The Waffle House, at 261 Belle Hill Rd, Elkton MD 21921.

2. The plaintiff slipped and fell while on the said property at that time while there as a customer, on account of the roof leaking water down onto the floor.

3. The Defendant either owned, were the landlord of, occupied, and/or were operating a business at the said location at the time of this fall.

4. The Defendants were negligent in, amongst other things, in failing to use ordinary care to see that the property is safe for persons using the said

1

property, by failing to maintain the property so that it was safe for customers to patronize it while the roof was leaking or had leaked liquid from it, by not keeping the floor dry so that customers may avoid falling while there, and/or by not giving persons in the position of the Plaintiff reasonable notice of an unsafe condition, or seeing that others did so.

5. As a result of the accident, the Plaintiff suffered, still suffers and will continue to suffer, from serious bodily injuries, pain, mental anguish and permanent disability. The Plaintiff was required to spend substantial sums for medical treatment, and will need to continue to make financial expenditures in the future, and has suffered other economic losses, as well.

WHEREFORE, the Plaintiff prays for a judgment in excess of Seventy-Five Thousand Dollars in compensatory damages plus cost.

/s/
Edward Andre Richitelli
Atty. ID No. 8205010267
143 E. Main Street
Elkton, MD 21921
Tel. 410-398-3025
Fax. 410-398-9488
edrichitelli@edrichitelli.com

**THE PLAINTIFF REQUEST THAT THESE ISSUES BE TRIED BY JURY**

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☒ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive
- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default
- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment
- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is *not* an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☒ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation    ☐Yes  ☐No          C. Settlement Conference   ☒Yes  ☐No
B. Arbitration  ☐Yes  ☐No          D. Neutral Evaluation      ☐Yes  ☐No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.   *(Case will be tracked accordingly)*

☐ 1/2 day of trial or less       ☐ 3 days of trial time
☐ 1 day of trial time            ☐ More than 3 days of trial time
☒ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions*, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.

☐ **Expedited**- Trial within 7 months of Defendant's response      ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 07/2021)          Page 2 of 3

# COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff ................... |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

8/13/2021
Date

143 E. Main Street
Address

Elkton, MD    21921
City    State    Zip Code

*[signature]*
Signature of Counsel / Party

Edward Andre Richitelli
Printed Name

AIS No. 8205010267
Attorney Number

CC-DCM-002 (Rev. 07/2021)    Page 3 of 3

Case 1:21-cv-02523-BPG   Document 1-1   Filed 10/03/21   Page 8 of 11
E-FILED  Cecil Circuit Court  8/17/2021 10:39 AM  System System

E-FILED; Cecil Circuit Court
Docket: 8/17/2021 10:39 AM; Submission: 8/17/2021 10:39 AM

IN THE CIRCUIT COURT FOR CECIL COUNTY
(City or County)

## CIVIL – NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☐PLAINTIFF  ☐DEFENDANT   CASE NUMBER_____
(Clerk to insert)

CASE NAME:_____ vs. _____
                       Plaintiff                                  Defendant

PARTY'S NAME:_____ PHONE:_____

PARTY'S ADDRESS:_____

PARTY'S E-MAIL:_____

If represented by an attorney:
PARTY'S ATTORNEY'S NAME:_____ PHONE:_____
PARTY'S ATTORNEY'S ADDRESS:_____
PARTY'S ATTORNEY'S E-MAIL:_____

JURY DEMAND?  ☐Yes  ☐No

RELATED CASE PENDING?  ☐Yes  ☐No  If yes, Case #(s), if known:_____

ANTICIPATED LENGTH OF TRIAL?: ____ hours ____ days

### PLEADING TYPE

New Case:   ☐Original          ☐Administrative Appeal   ☐Appeal
Existing Case: ☐Post-Judgment   ☐Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:_____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment
  (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

☐ Abatement
☐ Administrative Action
☐ Appointment of Receiver
☐ Arbitration
☐ Asset Determination
☐ Attachment b/f Judgment
☐ Cease & Desist Order
☐ Condemn Bldg
☐ Contempt
☐ Court Costs/Fees
☐ Damages-Compensatory
☐ Damages-Punitive
☐ Earnings Withholding
☐ Enrollment
☐ Expungement
☐ Findings of Fact
☐ Foreclosure
☐ Injunction
☐ Judgment-Affidavit
☐ Judgment-Attorney Fees
☐ Judgment-Confessed
☐ Judgment-Consent
☐ Judgment-Declaratory
☐ Judgment-Default
☐ Judgment-Interest
☐ Judgment-Summary
☐ Liability
☐ Oral Examination
☐ Order
☐ Ownership of Property
☐ Partition of Property
☐ Peace Order
☐ Possession
☐ Production of Records
☐ Quarantine/Isolation Order
☐ Reinstatement of Employment
☐ Return of Property
☐ Sale of Property
☐ Specific Performance
☐ Writ-Error Coram Nobis
☐ Writ-Execution
☐ Writ-Garnish Property
☐ Writ-Garnish Wages
☐ Writ-Habeas Corpus
☐ Writ-Mandamus
☐ Writ-Possession

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☐ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation       ☐ Yes  ☐ No          C. Settlement Conference   ☐ Yes  ☐ No
B. Arbitration     ☐ Yes  ☐ No          D. Neutral Evaluation       ☐ Yes  ☐ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, check **here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.                (Case will be tracked accordingly)*

☐ 1/2 day of trial or less         ☐ 3 days of trial time
☐ 1 day of trial time              ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

CC-DCM-002 (Rev. 04/2017)            Page 2 of 3

| COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response    ☐ **Standard** - Trial within 18 months of Defendant's response

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

☐ Expedited — Trial 60 to 120 days from notice. Non-jury matters.
☐ Civil-Short — Trial 210 days from first answer.
☐ Civil-Standard — Trial 360 days from first answer.
☐ Custom — Scheduling order entered by individual judge.
☐ Asbestos — Special scheduling order.
☐ Lead Paint — Fill in: Birth Date of youngest plaintiff_____.
☐ Tax Sale Foreclosures — Special scheduling order.
☐ Mortgage Foreclosures — No scheduling order.

### CIRCUIT COURT FOR BALTIMORE COUNTY

☐ Expedited (Trial Date-90 days) — Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus.

☐ Standard (Trial Date-240 days) — Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases.

☐ Extended Standard (Trial Date-345 days) — Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency.

☐ Complex (Trial Date-450 days) — Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases.

_____    _____
Date                          Signature of Counsel / Party

_____    _____
Address                       Printed Name

_____  _____  _____
City          State  Zip Code

CC-DCM-002 (Rev. 04/2017)        Page 3 of 3

Edward Andre Richitelli, Esq.
143 E. Main St.
Elkton MD 21921





7013 1710 0001 0622 4096

$9.38
US POSTAGE
FIRST-CLASS
FROM 21921
09/02/2021
stamps
endicia

East Coast Waffles, Inc.
CSC-Lawyers Incorporating Service Co
7 Saint Paul St Suite 820
Baltimore MD 21202